UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
JUL - 5 2005
NANCY MAYER WHITTINGTON, CLERK

-------------------------------------------------------

MGF HOLDINGS, INC.
120 East 4th Street
Cincinnati, Ohio 45202

        Plaintiff,

-v-

YOUR GIRL FRIDAY, LLC.
1802 Swann St. NW
Washington, D.C. 20009

        Defendant.

-------------------------------------------------------X

CASE NUMBER 1:05CV01338

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 07/05/2005

JURY ACTION

(Jury Trial Demanded)

## COMPLAINT

Plaintiff MGF HOLDINGS, INC. (hereinafter "MGF" and/or "Plaintiff"), by and through its undersigned attorneys, for its Complaint against the Defendant YOUR GIRL FRIDAY, LLC. (hereinafter "YGF" and/or "Defendant"), alleges on knowledge as to Plaintiff and otherwise on information and belief as follows:

1.     This is an action for false designation of origin and false representations under the Lanham Act, 15 U.S.C. § 1125(a), and for related claims under the laws of the District of Columbia.

### JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. §§1331, 1338 and 1367(a).

3.     Plaintiff MGF Holdings, Inc. is an Ohio corporation with a principal office and place of business at 120 East 4th Street, Cincinnati, Ohio.

4.     Plaintiff is the owner of the service mark "MY GIRL FRIDAY" for concierge services and licenses other entities to use the service mark "MY GIRL FRIDAY" for concierge services throughout the United States.

DM_US\8223065.v1

1

5. Upon information and belief, Defendant is a District of Columbia Corporation with an office located at 1802 Swann St. NW, Washington D.C.

6. Upon information and belief, this Court has personal jurisdiction over the Defendant because it has done, and seeks to continue to do, business in this judicial district.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391.

## BACKGROUND

PLAINTIFF'S ACTIVITIES

8. Founded in 1999 by Julie Hagenmaier, Plaintiff is a concierge business designed to help busy professionals and anyone else who doesn't have enough time to do various essential chores. The types of services that MGF provides for clients include everything from shopping to taking a pet to the veterinarian.

9. Since its inception, MGF has expanded from the Cincinnati, Ohio area into 64 other markets, including the Washington D.C. metropolitan area.

10. Through the hard work of Ms. Hagenmaier and MGF's other dedicated employees and contractors retained by MGF, as well as MGF's extensive promotion of its business, MGF has, in a short time, developed into an extremely successful business.

11. By virtue of MGF's commercial success and promotion, consumers have come to recognize MGF's service mark "MY GIRL FRIDAY" as identifying MGF and its concierge services, and as a result its "MY GIRL FRIDAY" service mark has become well and favorably known to the public.

## DEFENDANT'S UNAUTHORIZED ACTIVITIES

12. Upon information and belief, Defendant YGF markets and offers the identical type of concierge services as those are offered by MGF, including running personal errands like shopping and taking a pet to the veterinarian.

13. Upon information and belief, YGF markets its services to the same types of busy professionals as does MGF.

14. Recently MGF learned that Defendant was using the name "YOUR GIRL FRIDAY" for the same type of concierge services as offered by MGF in the Washington D.C. area.

15. Shortly thereafter, MGF sent YGF a cease and desist letter demanding that they stop using "YOUR GIRL FRIDAY" and/or any other name or mark confusingly similar to MGF's "MY GIRL FRIDAY" service mark.

16. Despite receiving notice of infringement of MGF's rights, YGF has refused to stop using "YOUR GIRL FRIDAY."

## COUNT I

## TRADEMARK INFRINGEMENT UNDER § 1125(a) OF THE LANHAM ACT

17. This cause of action arises under 15 U.S.C. §1125(a) for false designation of origin and false representations.

18. Plaintiff repeats and realleges the allegations of paragraphs 1 through 16 hereof as if fully set forth herein.

19. Defendant's use of "YOUR GIRL FRIDAY" for concierge services has caused and is likely to continue to cause confusion, mistake and deception, and to lead clients and potential clients of MGF's services into believing that Defendant's services are authorized by, licensed by, sponsored by, related to, or otherwise associated with Plaintiff when in fact they are not.

20. In this regard, Defendant's activities constitute false designation of origin, and false description and representation in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

21. By reason of the acts of Defendant as described herein, Plaintiff has been damaged and unless Defendant is enjoined from further use of "YOUR GIRL FRIDAY" and any other name confusingly similar to "MY GIRL FRIDAY" for concierge services, the damage to Plaintiff, which is irreparable, will increase.

22. Plaintiff has no adequate remedy at law.

## COUNT II

## VIOLATION OF DISTRICT OF COLUMBIA'S UNLAWFUL TRADE PRACTICES ACT

23. This cause of action arises under D.C. Code § 28-3904.

24. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 22 of this Complaint.

25. Defendant's unauthorized use of "YOUR GIRL FRIDAY" as described herein is likely to cause confusion or misunderstanding as to the source, sponsorship, approval, or certification of the services that Defendant provides.

26. In addition, Defendant's unauthorized use of "YOUR GIRL FRIDAY" as described herein is likely to cause confusion and misunderstanding as to the affiliation, connection or association with, or certification by Plaintiff.

27. As a result of Defendant's activities, Plaintiff has been damaged and has suffered injury to their business reputation and good will.

28. By reason of the foregoing, Defendant's wrongful acts violate the D.C. Code § 28-3904.

29. Plaintiff has been damaged by the acts of Defendant in an amount as yet unknown.

30. Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff prays for the following relief:

A. That Defendant, its directors, officers, agents, servants, employees, attorneys, representatives, successors and assigns and all persons, firms, companies or corporations in active concert or participation and or affiliation with it be preliminarily and permanently enjoined from: (i) directly or indirectly infringing or contributing to the infringement of the service mark rights of Plaintiff in any manner, including generally, but not limited to, promoting, advertising, offering to provide services or providing services in a manner which infringes Plaintiff's rights; and using any designation or service mark that tends to falsely represent, or is likely to confuse, mislead, or deceive customers or members of the public into believing that unauthorized services provided by Defendant originates from Plaintiff, or that said services have been sponsored, approved or licensed by or associated with Plaintiff or is in some way connected or affiliated with Plaintiff; and/or (ii) otherwise competing unfairly with Plaintiff in any manner or damaging Plaintiff's respective goodwill, reputation or business

B. That damages be awarded to Plaintiff in the full amount Plaintiff has sustained as a consequence of Defendant's acts, together with any and all profits of Defendant which are attributable to or arise out of or from its infringement or wrongful acts;

C. That the damages that are awarded be trebled due to the willful nature of Defendant's acts;

D. That Defendant pay to Plaintiff the costs of this action, and Plaintiff's reasonable attorneys fees as the Court may allow; and

DM_US\8223065.v1

5

E. That Plaintiff be granted such other and further relief as the Court may deem just.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial.

Dated: Washington D.C.
       July 5, 2005

Respectfully submitted,

HOWREY LLP

Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402

Of Counsel:

Barry A. Cooper
Richard S. Schurin
GOTTLIEB. RACKMAN & REISMAN P.C.
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900