# United States District Court
# For the District of Columbia

FILED

JUL - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MGF HOLDINGS, INC., | CASE NUMBER 1:05CV01338 |
| Plaintiff | JUDGE: Ellen Segal Huvelle |
| vs | DECK TYPE: General Civil |
| YOUR GIRL FRIDAY, LLC. | DATE STAMP: 07/05/2005 |
| Defendant | |



**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __MGF Holdings, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __MGF Holdings, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Signature_

SUSAN M KAYSER
Print Name

444423
BAR IDENTIFICATION NO.

1299 Pennsylvania Ave NW
Address

Washington DC 20004
City   State   Zip Code

202-383-7454
Phone Number

2