UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MGF HOLDINGS, INC.,                )
                                   )
    Plaintiff,                     )
                                   )    Case No. 1:05-CV-01338
v.                                 )    Judge Ellen Segal Huvelle
                                   )
YOUR GIRL FRIDAY, LLC,             )
                                   )
    Defendant.                     )
_____)

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Ugo Colella hereby enters his appearance as lead counsel in this case for Defendant Your Girl Friday, LLC.

Dated: July 14, 2005                       /s/_____
        Washington, D.C.                  Ugo Colella
                                                  D.C. Bar No. 473348
                                                  PATTON BOGGS LLP
                                                  2550 M Street, N.W.
                                                  Washington, D.C. 20037
                                                  Phone: (202) 457-5693
                                                  Fax:   (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 14, 2005, a true and correct copy of the foregoing Entry of Appearance was served by first-class mail upon:

| | |
|---|---|
| Richard S. Schurin | Susan M. Kayser |
| Gottlieb, Rackman & Reisman, P.C. | Howrey LLP |
| 270 Madison Avenue | 1299 Pennsylvania Ave., N.W. |
| New York, NY 10016 | Washington, D.C. 20004-2402 |

/s/ _____
Ugo Colella