**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MGF HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05-CV-01338 |
| v. | ) | Judge Ellen Segal Huvelle |
| | ) | |
| YOUR GIRL FRIDAY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**LOCAL RULE 7.1 CERTIFICATE OF
<u>YOUR GIRL FRIDAY, LLC</u>**

Pursuant to Local Rule 7.1, undersigned counsel for Your Girl Friday, LLC ("YGF") hereby certify, to the best of their knowledge and belief, that YGF has no parent corporations, subsidiaries, or affiliates and has no outstanding securities in the hands of the public.  These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 14, 2005
         Washington, D.C.

Respectfully submitted,

<u>/s/                                              </u>
Ugo Colella (D.C. Bar No. 473348)
Deborah M. Lodge (D.C. Bar No. 393942)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5693
Fax:     (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, a copy of the foregoing Local Rule 7.1 Certificate of Your Girl Friday, LLC was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 14, 2005, a true and correct copy of the foregoing Local Rule 7.1 Certificate of Your Girl Friday, LLC was served by first-class mail upon:

| | |
|---|---|
| Richard S. Schurin | Susan M. Kayser |
| Gottlieb, Rackman & Reisman, P.C. | Howrey LLP |
| 270 Madison Avenue | 1299 Pennsylvania Ave., N.W. |
| New York, NY 10016 | Washington, D.C. 20004-2402 |

/s/_____
Ugo Colella