**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MGF HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 1:05-CV-01338 |
| v. | ) Judge Ellen Segal Huvelle |
| YOUR GIRL FRIDAY, LLC, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Deborah M. Lodge hereby enters her appearance as counsel in this case for Defendant Your Girl Friday, LLC.

Dated: July 19, 2005                            /s/_____
       Washington, D.C.                     Deborah M. Lodge
                                                D.C. Bar No. 393942
                                                PATTON BOGGS LLP
                                                2550 M Street, N.W.
                                                Washington, D.C. 20037
                                                Phone: (202) 457-6000
                                                Fax:    (202) 457-6315

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 19, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


    /s/_____
    Ugo Colella