IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC.<br><br>Plaintiff,<br><br>-v-<br><br>YOUR GIRL FRIDAY, LLC.<br><br>Defendant. | Case No. 1:05-CV-01338 (ESH) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Susan M. Kayser hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court of the District of Columbia, for an order admitting Richard S. Schurin, to the Bar of this Court, *pro hac vice*, for the purpose of representing plaintiff MGF Holdings, Inc. in the above-captioned case. A proposed order is attached.

Respectfully submitted,

HOWREY LLP

*/s/ Susan M. Kayser*
Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

Dated: August 23, 2005