IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC. ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> YOUR GIRL FRIDAY, LLC. ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 1:05-CV-01338 (ESH) |

## DECLARATION FOR RICHARD S. SCHURIN

## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Richard S. Schurin, declares and states:

1. My name is Richard S. Schurin. I am employed in the practice of law as a member of the firm of GOTTLIEB, RACKMAN & REISMAN, P.C. in the office located at 270 Madison Avenue, New York, N.Y. 10016, with a telephone number of 212-684-3900.

2. I am a member in good standing of the bar of the State of New York.

3. I have never been disciplined or sanctioned by any bar. I am presently in good standing and am eligible to practice in all of the bars in which I am a member.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I am not regularly engaged in the practice of law in the District of Columbia and I am not a member of the District of Columbia bar, nor do I have a pending application for membership to the District of Columbia bar.

6. I certify that I have reviewed and am personally familiar with (i) the local rules of the U.S. District Court for the District of Columbia, (ii) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, (iii) the D.C. Bar Voluntary Standards for

Civility in Professional Conduct, (iv) the Federal Rules of Civil Procedure and (v) the Federal Rules of Evidence.

7. I submit this declaration in support of my application for admission *pro hac vice* to practice before this court in this action in order to represent plaintiff MGF Holdings, Inc.

**WHEREFORE**, Richard S. Schurin attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

Respectfully submitted,

GOTTLIEB< RACKMAN & REISMAN, P.C.

_____
Richard S. Schurin

_____
Susan M. Kayser D.C./#444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

Dated: August 23, 2005