IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MGF HOLDINGS, INC.** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>-v- )<br>)<br>**YOUR GIRL FRIDAY, LLC.** )<br>)<br>)<br>)<br>**Defendant.** )<br>) | **Case No. 1:05-CV-01338 (ESH)** |

## PROPOSED ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Richard S. Schurin and the Declaration attached thereto filed August 23, 2005, it is hereby:

**ORDERED**, that the aforementioned counsel shall be admitted to the Bar of this Court, *pro hac vice*, for the purpose of representing plaintiff MGF Holdings, Inc. in the above-captioned case.

 

 

_____
ELLEN S. HUVELLE
United States District Court Judge

Dated: August ___, 2005