IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>YOUR GIRL FRIDAY, LLC,<br><br>Defendant. | Case No. 1:05-CV-01338 (ESH) |

## CONSENT MOTION TO EXTEND TIME TO REPLY TO COUNTERCLAIMS

Plaintiff MGF Holdings, Inc., by its undersigned attorney, and Defendant Your Girl Friday, LLC, by its undersigned attorneys, respectfully move this Court for an order allowing Plaintiff to reply to Defendant's Counterclaims in the above captioned action by September 1, 2005 for the reasons set forth below:

1. Plaintiff filed its Complaint on July 5, 2005.

2. Ugo Colella of Patton Boggs LLP entered his appearance on behalf of Defendant on July 14, 2005.

3. Defendant filed an answer to Plaintiff's Complaint and asserted Counterclaims on August 5, 2005.

4. Plaintiff's reply to Defendant's Counterclaim is due August 25, 2005.

5. The parties have agreed to a one-week extension of time for Plaintiff to reply to Defendant's Counterclaims for the purpose of facilitating good faith settlement efforts.

For the reasons stated above, the parties request this Court to enter an Order that Plaintiff may reply to Defendant's Counterclaims by September 1, 2005.

        Respectfully submitted,

        HOWREY LLP

        _____/s/_____
        Susan M. Kayser D.C. #444423
        1299 Pennsylvania Ave., N.W.
        Washington, D.C. 20004-2402
        (202) 383-7454

        PATTON BOGGS, LLP

        _____/s/_____
        Ugo Colella D.C. #473348
        2550 M Street, NW
        Washington, DC 20037-1350
        (202) 457-5693

Dated: August 23, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC. )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>-v-  )<br>)<br>YOUR GIRL FRIDAY, LLC. )<br>)<br>)<br>)<br>Defendant. )<br>) | Case No. 1:05-CV-01338 (ESH) |

PROPOSED ORDER

This matter is before the Court on the parties' Consent Motion to Extend Time to Reply to Counterclaim. Upon the Court's consideration, the consent motion is GRANTED; and it is

**HEREBY ORDERED**, that the Plaintiff, MGF Holdings Inc. will reply to the Defendant's, Your Girl Friday, LLC, Counterclaim in the above captioned action by September 1, 2005.

_____
ELLEN S. HUVELLE
United States District Court Judge

Dated: August __, 2005