IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., | ) |
|           **Plaintiff,** | ) Case No. 1:05-CV-01338 (ESH) <br> ) <br> ) |
| -v- | ) <br> ) |
| YOUR GIRL FRIDAY, LLC, | ) <br> ) |
|           **Defendant.** | ) <br> ) |

**CONSENT MOTION TO ADJOURN INITIAL SCHEDULING CONFERENCE
UNTIL FURTHER NOTICE FROM THE PARTIES BASED
ON SETTLEMENT EFFORTS**

Plaintiff MGF Holdings, Inc., by its undersigned attorney, and Defendant Your Girl Friday, LLC, by its undersigned attorney, respectfully move this Court for an order adjourning until further notice from the parties the initial scheduling conference that is currently set for August 31, 2005.

1. Late in the day on August 29, 2005, the parties reached a settlement in principle of this entire dispute.

2. The settlement is conditioned on the execution of an interim letter agreement and a subsequent formal settlement agreement, which counsel intend to jointly draft as soon as possible.

3. Given these developments, the parties agree that an initial scheduling conference is, at this time, unnecessary, and their resources would be better spent drafting and negotiating the final settlement agreement.

For the reasons stated above, the parties respectfully request this Court to enter an Order that the initial scheduling conference currently scheduled to take place on August 31, 2005 be adjourned until further notice from the parties.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN P.C.

_____/s/_____
Richard S. Schurin
Admitted Pro Hac Vice
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

HOWREY LLP

_____/s/_____
Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

PATTON BOGGS, LLP

_____/s/_____
Ugo Colella DC #473348
2550 M Street, NW
Washington, DC 20037-1350
(202) 457-5693

Dated: August 30, 2005