IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MGF HOLDINGS, INC.,** | ) |
| | ) Case No. 1:05-CV-01338 (ESH) |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) |
| **YOUR GIRL FRIDAY, LLC,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## CONSENT MOTION TO EXTEND THE TIME FOR DISMISSAL WITHOUT PREJUDICE SET IN THE COURT'S AUGUST 30, 2005 ORDER

Plaintiff MGF Holdings, Inc., by its undersigned attorney, and Defendant Your Girl Friday, LLC, by its undersigned attorney, respectfully move this Court to extend the time period set for dismissal of the case without prejudice in the Court's August 30, 2005 order for an additional 14 days until October 28, 2005. The bases for this motion are:

1. The parties have reached a settlement in principle of this entire dispute.

2. The settlement is conditioned on the execution of an interim letter agreement and a subsequent formal settlement agreement.

3. The parties have executed the interim letter agreement, but need more time to negotiate and execute the formal settlement agreement.

For the reasons stated above, the parties respectfully request this Court to enter an Order extending the 45 day period, for dismissal without prejudice in the Court's August 30, 2005 order, for an additional 14 days until October 28, 2005.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN P.C.


_____/s/_____
Richard S. Schurin
Admitted Pro Hac Vice
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

HOWREY LLP


_____/s/_____
Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

PATTON BOGGS, LLP


_____/s/_____
Ugo Colella DC #473348
2550 M Street, NW
Washington, DC 20037-1350
(202) 457-5693

Dated: October 12, 2005