IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MGF HOLDINGS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>**YOUR GIRL FRIDAY, LLC,** )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:05-CV-01338 (ESH) |

## CONSENT MOTION TO EXTEND THE TIME FOR DISMISSAL WITHOUT PREJUDICE SET IN THE COURT'S AUGUST 30, 2005 ORDER AS PREVIOUSLY EXTENDED BY THIS COURT'S OCTOBER 13, 2005 ORDER

Plaintiff MGF Holdings, Inc. ("MGF"), by its undersigned attorney, and Defendant Your Girl Friday, LLC ("YGF"), by its undersigned attorney, respectfully move this Court to grant a second extension of the time period set for dismissal of the case without prejudice in the Court's August 30, 2005 order. On October 13, 2005, the Court granted a 14 day extension until October 28, 2005. Plaintiff and Defendant request an additional 60 days until December 27, 2005 for dismissal of the case without prejudice. The bases for this motion are:

1.  On August 29, 2005, the parties reached a settlement in principle of this entire dispute.

2.  On September 9, 2005, the parties executed an interim letter agreement that memorialized the principle terms of the settlement.

3.  On October 12, 2005, the parties asked the Court for a 14-day extension of the 45-day settlement period to facilitate finalizing the settlement.

4.  On October 25, 2005, MGF informed YGF that it could not meet the agreed upon settlement terms.

5. On October 27, 2005, and without waiver of YGF's rights, the parties agreed to seek a 60-day extension of the settlement period to discuss a potential alternative to the current settlement that the parties have reached, and that YGF contends MGF has breached.

6. The parties will meet in person in the near future to attempt to resolve this matter without having to re-open this case.

7. The parties agree to seek no further extensions from the Court.

For the reasons stated above, the parties respectfully request this Court to enter an Order extending the period for dismissal without prejudice in the Court's August 30, 2005 order until December 27, 2005.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN P.C.

_____/s/_____
Richard S. Schurin
Admitted Pro Hac Vice
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

HOWREY LLP

_____/s/_____
Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

PATTON BOGGS, LLP

                                                /s/
                               Ugo Colella DC #473348
                               2550 M Street, NW
                               Washington, DC 20037-1350
                               (202) 457-5693

Dated: October 28, 2005