IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., ) | |
| ) | Case No. 1:05-CV-01338 (ESH) |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| YOUR GIRL FRIDAY, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION TO RE-OPEN

Defendant-Counterplaintiff Your Girl Friday, LLC ("YGF"), by its undersigned attorney, respectfully moves this Court to: (1) re-open the above-captioned matter because Plaintiff-Counterdefendant MGF Holdings, Inc. ("MGF") has breached the settlement in this case, thereby preventing the parties from consummating a settlement, as required by the Court's August 30, 2005 Order; and, (2) immediately assign this case to a Magistrate for the purpose of consummating settlement. The bases for this motion are:

1. MGF initiated this trademark infringement action on July 5, 2005. YGF answered the complaint and simultaneously asserted several counterclaims against MGF.

2. Count Five of YGF's Counterclaims alleged, inter alia, that MGF's claims lacked any factual or legal support and that MGF initiated this lawsuit "to harass, embarrass, and injure YGF, and to force YGF to spend thousands of dollars in attorneys' fees, expenses, and costs."

3. On August 29, 2005, YGF and MGF reached a settlement in principle of this entire dispute. The parties so informed the Court on August 30, 2005.

4. That same day, the Court issued an order dismissing this case without prejudice "for a period of 45 days from the date of this Order." See Dkt. # 13. The Court, however, permitted the parties to re-open the matter, as follows: "If the settlement is not

1

consummated within that 45-day period, the parties may re-open the action upon motion approved by the Court." Id.

5. On September 9, 2005, the parties executed an interim letter agreement that memorialized the principle terms of the settlement ("the Settlement").

6. On October 12, 2005, the parties asked the Court for a 14-day extension of the 45-day settlement period to consummate the Settlement. YGF agreed to such an extension based on MGF's representations that it was making good faith efforts to consummate the Settlement. The Court granted the parties' request for a 14-day extension.

7. On October 25, 2005—<u>46 days after MGF agreed to the principle terms of the Settlement</u> —MGF informed YGF for the first time that it could not meet its obligations under the Settlement.

8. YGF contends that MGF has breached the Settlement and that MGF's breach further confirms that MGF initiated and has conducted this litigation in bad faith and for improper purposes, as alleged in more detail in Count Five of YGF's Counterclaims.

9. On October 27, 2005, and without waiver of YGF's rights, the parties agreed to seek a 60-day extension of the settlement period to discuss a potential alternative to the Settlement. The Court granted that motion on October 28, 2005.

10. YGF intends to amend and to aggressively prosecute its claims against MGF and other not-yet-joined defendants. However, and without waiver of YGF's rights, YGF continues to believe that (a) consummating the Settlement is in the best

interest of all parties, and (b) the parties' resources at this time are best spent attempting to consummate the Settlement.

11. Accordingly, YGF requests that, upon re-opening of this matter, a Magistrate be assigned immediately to attempt to consummate the Settlement.

12. Counsel for YGF has conferred with counsel for MGF. MGF acknowledges YGF's right to re-open this matter, as stated in the Court's August 30, 2005 Order.

13. MGF consents to re-opening this matter to the extent that a Magistrate is assigned immediately to attempt to consummate the Settlement.

For the reasons stated above, YGF respectfully requests that this Court enter an Order re-opening the above-captioned matter and assigning this case to a Magistrate to consummate the Settlement.

Dated: November 1, 2005
　　　　 Washington, D.C.

Respectfully submitted,

PATTON BOGGS LLP

_____/s/_____
Ugo Colella (DC Bar No. #473348)
2550 M Street, NW
Washington, DC 20037-1350
(202) 457-5693

*Attorney for Defendant-Counterplaintiff
Your Girl Friday, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, a copy of the foregoing Motion to Re-Open was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
Ugo Colella