UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YOUR GIRL FRIDAY, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1338 (ESH) |

## ORDER

Before the Court is defendant's Motion to Reopen. The parties are in agreement that this matter should be referred to a Magistrate Judge for settlement discussions. In order to permit this to occur, the Court will not reopen the case at this time but will first permit settlement discussions to occur. Accordingly, it is ths 3rd day of November, 2005, hereby

**ORDERED** that this matter is referred to Magistrate Judge Alan Kay for settlement to be commenced forthwith and to be concluded on or before January 30, 2006; the Motion to Reopen is **DENIED WITHOUT PREJUDICE**; and the dismissal without preju dice entered on October 28, 2005, is hereby extended to January 30, 2006.

                                        s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:  November 3, 2005

cc:    Magistrate Judge Alan Kay