IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　-v-　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>YOUR GIRL FRIDAY, LLC,　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　　　　) | Case No. 1:05-CV-01338 (ESH) |

## RENEWED MOTION TO RE-OPEN

Defendant-Counterplaintiff Your Girl Friday, LLC ("YGF"), by its undersigned attorney, respectfully renews its motion to re-open the above-captioned matter because the parties have been unable to consummate the settlement to which the parties had agreed. The bases for this motion are:

1. On November 3, 2005, the Court issued an Order denying without prejudice YGF's motion to re-open this matter and referred the matter to Magistrate Judge Alan Kay "for settlement." Dkt. #17.

2. On December 15, 2005, the parties and their respective counsel appeared before Magistrate Kay to attempt to consummate the settlement to which the parties had previously agreed.

3. The parties were unable to consummate the settlement.

4. Counsel for Plaintiff-Counterdefendant MGF Holdings, Inc. ("MGF") consents to re-opening this matter.

For the foregoing reasons, YGF respectfully requests that this Court enter an Order re-opening the above-captioned matter.

Dated: December 16, 2005　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　PATTON BOGGS LLP


　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Ugo Colella (DC Bar No. #473348)
　　　　　　　　　　　　　　　　　　　2550 M Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20037-1350
　　　　　　　　　　　　　　　　　　　(202) 457-5693

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant-Counterplaintiff*
　　　　　　　　　　　　　　　　　　　*Your Girl Friday, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2005, a copy of the foregoing Renewed Motion to Re-Open was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/
                                              Ugo Colella