IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., ) | |
| ) | Case No. 1:05-CV-01338 |
| Plaintiff, ) | (ESH) |
| ) | |
| -v- ) | |
| ) | |
| YOUR GIRL FRIDAY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The current counsels for Plaintiff MGF Holdings, Inc. respectfully move this Court for an order permitting them to withdraw as counsel for the Plaintiff pursuant to LCvR 83.6(c).

Both the Plaintiff and Defendant have no objection to this motion. The grounds supporting this motion are contained in the declaration of Richard S. Schurin, Esq., submitted herewith.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN P.C.

/s/
_____
Richard S. Schurin
Admitted Pro Hac Vice
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

HOWREY LLP

/s/
_____
Susan M. Kayser D.C. #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

Dated: December 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., | ) |
| Plaintiff, | ) Case No. 1:05-CV-01338 <br> ) (ESH) |
| -v- | ) |
| YOUR GIRL FRIDAY, LLC, | ) |
| Defendant. | ) |

### DECLARATION OF RICHARD S. SCHURIN, ESQ.

Richard S. Schurin, under penalty of perjury, declares as follows:

1. I am a shareholder in the firm of Gottlieb, Rackman & Reisman P.C. ("GR&R"). I am a member of the bar of the State of New York, and am admitted to this Court pro-hac vice for the purpose of representing the Plaintiff in this matter.

2. I respectfully submit this declaration, pursuant to Local Rule 83.6(c), requesting that GR&R and its local counsel Howrey LLP ("Howrey") be permitted to withdraw from representing Plaintiff MGF Holdings, Inc. ("MGF") in the above-identified action.

3. To date, MGF is indebted to GR&R for this matter in the amount of $24,463.02. This amount represents services rendered, and disbursements incurred, from May 1, 2005 through December 15, 2005. Bills have been rendered to MGF on July 14, 2005, September 21, 2005 and November 15, 2005, all of which remain unpaid.

4. At the time it was retained, Ms. Julie Collinsworth, President of

MGF, signed a retention agreement with GR&R in which MGF agreed to pay GR&R's bills within thirty days of receipt. MGF also agreed that GR&R could, at its option, withdraw as MGF's attorneys, should any of GR&R's bills remain unpaid for over thirty days.

5. GR&R and Howrey remained as counsel for MGF, despite the significant amount of monies owed, and MGF's failure to pay, in the hope that the dispute between Plaintiff and Defendant would be resolved on an amicable basis.

6. Significant effort has been undertaken by counsel for both MGF and Defendant in attempts to settle this case. However, after lengthy negotiations between counsel and the parties, and most recently a settlement conference with Magistrate Judge Kay, it is now clear that an amicable resolution of this dispute will not be possible.

7. I have been advised by the President of Plaintiff, Ms. Julie Collinsworth, that Plaintiff has no objection to this motion.

8. Ugo Colella, Esq., counsel for the Defendant, has also indicated to me that Defendant has no objection to this motion.

9. Therefore, since MGF is in violation of its agreement to pay this firm's bills, and the agreement between GR&R and MGF specifically gives GR&R the right to withdraw upon MGF's failure to pay GR&R's bills, and neither MGF nor the Defendant object to this motion, it is respectfully requested that the Court grant this motion to withdraw.

10. In accordance with LCvR 83.6, Plaintiff has been served with a copy of this motion and declaration in support of said motion, along with a notice

advising it to obtain other counsel. Attached hereto as Exhibit A is a copy of a letter sent to Ms. Julie Collingsworth, President of Plaintiff, advising Plaintiff to obtain other counsel.

Declared under penalty of perjury, this 19th day of December, 2005, at New York, New York.

Richard S. Schurin

Dated: December 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> YOUR GIRL FRIDAY, LLC, <br><br> Defendant. | Case No. 1:05-CV-01338 <br> (ESH) |

### CERTIFICATE OF SERVICE

I, Richard S. Schurin, hereby certify that on December 20, 2005, the foregoing Motion to Withdraw as Counsel and Declaration of Richard S. Schurin, Esq. in support was served by first class mail and e-mail upon the following persons:

| | |
|---|---|
| MGF Holdings, Inc. <br> 319 W. 4th Street, Suite 200 <br> Cincinnati, OH 45202 <br> Julie@egirlfirday.com | Ugo, Colella, Esq. <br> Patton Boggs LLP <br> 2550 M. Street N.W. <br> Washington D.C. 20037 <br> ucolella@pattonboggs.com |
| | |

_/s/ Richard S. Schurin_
Richard S. Schurin