**EXHIBIT A**

# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com • E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS
DANA L. SCHUESSLER

PATENT AGENT
ZOYA V. CHERNINA

December 20, 2005

**Via Federal Express**
Ms. Julie Collinsworth
MGF Holdings, Inc.
120 E.4th Street, Suite 215
Cincinnati, OH 45202

Re:   MGF Holdings, Inc. v. Your Girl Friday, LLC
        1:05-CV-01338 (ESH)

Dear Ms. Collingsworth:

As discussed, enclosed please find our motion to withdraw as your counsel. This motion seeks permission from the Court for the withdrawal of both Gottlieb, Rackman & Reisman P.C. and Howrey, LLP.

We advise you to seek other counsel as soon as possible.

Should you have any questions, please do not hesitate to call us.

Very truly yours,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin

Enclosures