IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., ) | |
| ) | Case No. 1:05-CV-01338 (ESH) |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| YOUR GIRL FRIDAY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RESPONSE TO MOTION TO WITHDRAW

Defendant-Counterplaintiff Your Girl Friday, LLC ("YGF") respectfully submits this brief response to the Motion to Withdraw filed by counsel for Plaintiff-Counterdefendant MGF Holdings, Inc. ("MGF"), Gottlieb, Rackman & Reisman P.C. ("GRR"). This response is necessary to correct material inaccuracies in GRR's motion to withdraw and to provide the Court with an accurate factual basis upon which to consider that motion.

Though styled a "Consent Motion," GRR never presented the motion to undersigned counsel for approval, as counsel had done in the past. Thus, although we consent to the relief requested, we do not consent, and do not agree, with certain factual representations made by GRR in its motion.

Specifically, Paragraph 6 of the motion conveys the false impression that the parties simply have been "negotiat[ing]" a settlement for the past several months. This is demonstrably untrue, as the Court's August 30, 2005 Order confirms. See Dkt. #13 ("The Court having been advised by counsel that this action has been settled . . . ." (emphasis added)). Indeed, on September 9, 2005, GRR executed a letter agreement—on behalf of MGF—that sets forth the "principal terms of [the parties'] agreement" and that was "binding" and "enforceable." See Dkt. #15, ¶ 2 (Consent Motion) ("On September

1

9, 2005, the parties executed an interim letter agreement that memorialized the princip[a]l terms of the settlement."). That agreement required MGF to pay YGF $50,000.00, which MGF has failed to do because it allegedly is insolvent. Neither MGF nor GRR have ever disputed that the letter agreement is binding and enforceable or that MGF has breached that agreement. <u>See, e.g.</u>, Dkt. #15, ¶ 4 (Consent Motion) ("On October 25, 2005, MGF informed YGF that it could not meet the agreed upon settlement terms.").

Accordingly, "an amicable resolution of this dispute will not be possible," Motion, ¶ 6, because MGF has breached the settlement that the parties reached back in August and that was memorialized in the September 9 letter agreement, not because of GRR's alleged failed "attempts to settle this case." <u>Id.</u>

| | |
|---|---|
| Dated: December 21, 2005<br>Washington, D.C. | Respectfully submitted,<br><br>PATTON BOGGS LLP<br><br>_____/s/_____<br>Ugo Colella (DC Bar No. #473348)<br>2550 M Street, NW<br>Washington, DC 20037-1350<br>(202) 457-5693<br><br>*Attorney for Defendant-Counterplaintiff*<br>*Your Girl Friday, LLC* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2005, a copy of the foregoing Response to Motion to Withdraw was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____
Ugo Colella