UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MGF HOLDINGS, INC., )<br>  )<br>   Plaintiff-Counterdefendant, )<br>  )<br>v. )<br>  )<br>YOUR GIRL FRIDAY, LLC, )<br>  )<br>   Defendant-Counterplaintiff. )<br>_____) | Case No. 1:05-CV-01338<br>Judge Ellen Segal Huvelle |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant-Counterplaintiff Your Girl Friday, LLC hereby dismisses, without prejudice, its Amended Counterclaims (Dkt. #22) against Plaintiff-Counterdefendant MGF Holdings, Inc.

Dated: January 26, 2006
       Washington, D.C.

Respectfully submitted,

/s/ _____
Ugo Colella (D.C. Bar No. 473348)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5693
Fax:    (202) 457-6315

*Attorneys for Defendant-Counterplaintiff*
*Your Girl Friday, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2006, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that a copy of the foregoing Notice of Voluntary Dismissal was served via electronic mail and first class mail on the following:

MGF Holdings, Inc.
c/o Julie Collinsworth
319 W. 4th Street, Suite 200         Julie@egirlfriday.com
Cincinnati, Ohio 45202


/s/_____
Ugo Colella